**SUPPRESSED**
**FILED**
MAR 2 3 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 11-30049- WDS |
| | ) | |
| ANTONIO GREEN, | ) | |
| DESI POINDEXTER, | ) | Title 21, United States Code, |
| JOSHWA MARTIN, | ) | Sections 841(a)(1), 841(b)(1)(A), |
| CHRISTOPHER DIXON, and | ) | 841(b)(1)(B), and 846 |
| ROBERT SHARP, | ) | |
| | ) | |
| Defendants. | ) | |

## INDICTMENT

**Conspiracy to Distribute and Possess with Intent to Distribute "Crack" Cocaine.**

**THE GRAND JURY CHARGES:**

### COUNT 1

From in or about 2008 until in or about June 2010, in Madison County, within the Southern District of Illinois, and elsewhere,

**ANTONIO GREEN,
DESI POINDEXTER,
JOSHWA MARTIN,
CHRISTOPHER DIXON, and
ROBERT SHARP**

defendants herein, did conspire and agree with each other and with others, known and unknown to the Grand Jury, to knowingly and intentionally distribute, and possess with intent to distribute, a mixture or substance containing cocaine base, in the form commonly known as "crack", in violation

of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A); all in violation of Title 21, United States Code, Section 846.

The total amount of cocaine base ("crack") involved in the conspiracy which was reasonably forseeable to the defendants is 50 grams or more of a mixture or substance containing cocaine base ("crack").

## COUNT 2

On or about November 4, 2009, in Madison County, within the Southern District of Illinois,

**ANTONIO GREEN,**

defendant herein, did knowingly and intentionally distribute five grams or more of a mixture or substance containing cocaine base, in the form commonly known as "crack," a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B).

## COUNT 3

On or about December 3, 2009, in Madison County, within the Southern District of Illinois,

**ANTONIO GREEN,**

defendant herein, did knowingly and intentionally distribute five grams or more of a mixture or substance containing cocaine base, in the form commonly known as "crack," a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B).

## COUNT 4

On or about May 17, 2010, in Madison County, within the Southern District of Illinois,

**JOSHWA MARTIN,**

defendant herein, did knowingly and intentionally possess with the intent to distribute five grams or more of a mixture or substance containing cocaine base, in the form commonly known as "crack," a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B).

**A TRUE BILL**

_____
DANIEL T. KAPSAK
Assistant United States Attorney

_____
STEPHEN R. WIGGINTON
United States Attorney

Recommended Bond:

Detention as to Antonio Green, Joshwa Martin, and Robert Sharp

$25,000 unsecured bond as to Christopher Dixon and Desi Poindexter

3